Official Form 420B (Notice of Objection to Claim) (12/16)

# United States Bankruptcy Court
## Western District of Wisconsin

In re: **Spin City EC L.L.C.**

Debtor

Address: **2703 Birch Street, Eau Claire, WI 54703**

Case No. **1-16-13179**

Chapter **11**

### OBJECTION TO CLAIM AND NOTICE OF OBJECTION TO CLAIM OF JJC OF EAU CLAIRE, LLC

The Debtor, Spin City EC L.L.C. has filed an objection to the claim of JJC of Eau Claire, LLC in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, then on or before **May 1, 2017**, you or your lawyer must::

If required by local rule or court order, file with the court a written response to the objection, explaining your position, at:

> United States Bankruptcy Court, Western District
> 500 South Barstow Street
> Eau Claire, WI 54701

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to Attorney Erwin H. Steiner, Attorney Donald Marjala, Attorney Roger Sage, United States Trustee, Internal Revenue Service;

Attend a hearing on the objection, which may be held on **May 16, 2017**, at **11:45** a.m. in **Judge Furay's** Courtroom, United States Bankruptcy Court, located at 500 South Barstow Street, Eau Claire, WI 54701, or such other time as the court may schedule.

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

The grounds for this Objection to Claim are:

1. Debtor has never had any business dealings with JJC.

2. JJC's claim is disputed, contingent and unliquidated.

3. JJC's claim is apparently based upon a tenuous successor liability claim, arising out of JJC having obtained a judgment in 2009 against another entity, Clear Water Laundry LLC, in which JJC alleges Spin City acquired equipment from Clear Water.

4. Spin City did not acquire any assets from Clear Water. Rather, Spin City purchased equipment from Dexter Financial, a secured creditor which had repossessed encumbered property from Clear Water in 2009. Dexter Financial sold some of the repossessed property to totally unrelated third parties, and sold some of the equipment to Spin City in an arm's length transaction, for full consideration as to the value of the assets.

5. Debtor does not owe any monies to JJC.

Date **March 30, 2017**

Signature  *[signed] Erwin H. Steiner*
Name      Erwin H. Steiner 1012415
Address   Otto & Steiner Law, S.C.
          2522 Golf Road, Suite 3
          Eau Claire, WI 54701