UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re: Spin City EC L.L.C.
　　　　Debtor.

Case No. 1-16-13179

## WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY

JJC of Eau Claire, LLC by its attorney, Roger Sage, hereby withdraws its Motion for Relief from Automatic Stay filed April 14, 2017.

Dated: June 12, 2017.

_____
Roger Sage, attorney for
JJC of Eau Claire

Attorney Roger Sage
State Bar No. 01009033
30 W. Mifflin Street, Suite 1001
Madison, WI 53703
Telephone: (608) 258-8855