UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

---

In re: Spin City EC L.L.C.
        Debtor.

Case No. 1-16-13179

---

WITHDRAWAL OF MOTION FOR 2004
EXAMINATION

---

      JJC of Eau Claire, LLC by its attorney, Roger Sage, hereby withdraws its Motion for Examination under Rule 2004 filed June 21, 2017.

Dated: June 22, 2017.

_____
Roger Sage, attorney for
JJC of Eau Claire, LLC

Attorney Roger Sage
State Bar No. 01009033
30 W. Mifflin Street, Suite 1001
Madison, WI 53703
Telephone: (608) 258-8855